IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS SCOTT WERLING,

    Petitioner,

v.

DENITA R. BALL,

    Respondent.

ORDER

Case No. 23-cv-651-jdp

Petitioner Nicholas Scott Werling seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than October 12, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately March 21, 2023 through the date of the petition, September 21, 2023.

ORDER

IT IS ORDERED that:

1. Petitioner Nicholas Scott Werling may have until October 12, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before October 12, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 21st day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge